# MEDICAL SERVICES SUPPORT IRAQ



# PRE-SOLICITATION CONFERENCE JANUARY 21, 2011



EXHIBIT

1

00172

## MEDICAL SERVICES SUPPORT IRAQ 

# GROUND RULES

- All inquiries must be submitted in writing to Ken Dougherty (contractor) at <u>DoughertyKG@State.Gov</u>
- Comments to the DRAFT Request for Proposal (DRFP) are due no later than close of business January 31, 2011.
- All Cell Phones Must be Turned Off
- Anyone wanting to use the rest rooms must be escorted by a DOS Individual
- There will be a 10 minute break after Dr. Taylor's presentation.

00173

## MEDICAL SERVICES SUPPORT IRAQ



# John J. Stever
# Director, Information
# Technology Division

00174

## MEDICAL SERVICES SUPPORT IRAQ 

# PARTNERSHIP

- This is the reason that we are here today
- Transitioning from support under LOGCAP with additional support from DoD is a major undertaking.
- An undertaking that the Department of State can and will accomplish working hand in hand with our Industry Partners

00175

# MEDICAL SERVICES SUPPORT IRAQ 

## Pre-solicitation Conference Regulations

- This pre-solicitation conference is only for informational purposes.
- Statements or representations made during the conference are not legally binding.
- Changes resulting from the conference are official only if issued through a solicitation or an amendment to a Request For Proposal (RFP).
- Informal communications with Baghdad Embassy or other Department of State Personnel on the MSSI Requirement is prohibited.
- Direct all inquires to the Acquisition Office c/o Ken Dougherty at the following email address DoughertyKG@state.gov

# MEDICAL SERVICES SUPPORT IRAQ



# Medical Support Contract

# Brooks A. Taylor, MD

00177

# MEDICAL SERVICES SUPPORT IRAQ



# Department of State (DOS)Mission in Iraq

00178

# MEDICAL SERVICES SUPPORT IRAQ 

## *Mission Summary*

***The Embassy and provincial posts known as Embassy Branch Offices (EBO) will contribute to a sovereign, stable and self-reliant Iraq through activities such as strengthening the capacity of provincial institutions, encouraging foreign investment and economic development and providing limited services to American citizens.***

00179

# MEDICAL SERVICES SUPPORT IRAQ



# MAJOR WORK SITES

00180

# MEDICAL SERVICES SUPPORT IRAQ





# MEDICAL SERVICES SUPPORT IRAQ



## Facility Type, Locations, and Population Supported

| Location | Facility Type | Estimated Population at Risk |
|---|---|---|
| Erbil | HU | 1100 – 1300 |
| Kirkuk | Small DSH | 800 – 1000 |
| Mosul | Small DSH | 600 – 800 |
| Tikrit | HU | 200 – 300 |
| Sather (Baghdad) | Large DSH | 1600 – 1800* |
| Shield | HU | 1000 – 1200 |
| Taji | HU | 200 – 400 |
| Union III | HU | 200 – 300 |
| Besmaya | HU | 300 – 500 |
| Basrah | Small DSH | 1100 – 1400 |
| Umm Qasr | HU | 100 – 200 |

*Location population requiring primary care; DSH will also serve as the surgical referral center for an additional population of 5,000

HU=Health Unit                 DSH=Diplomatic Support Hospital



00182

# MEDICAL SERVICES SUPPORT IRAQ 

## Medical Support Services

- Rapid deployment under MSSI—first two HUs open Oct 1, all 11 sites mission capable by Dec 1, 2011.
- Initial Task Orders RFPs attached to basic contract RFP
  - Award within approx. 10 days after contract award
  - Kirkuk and Mosul mission capable NLT October 1, 2011
  - Program Management Task Order

00183

## MEDICAL SERVICES SUPPORT IRAQ



# Important Points

- Government will furnish certain equipment, facilities and materials.  These may not be identified in the RFP.  Offerors will propose complete requirements, including costs.
- Movement of contractor personnel and movement security is the responsibility of the contractor.
- Complying with Iraqi visa, license and permit requirements is the responsibility of the contractor.

13

00184

## MEDICAL SERVICES SUPPORT IRAQ 

# Contract Medical Support--Background

- Health care support mission to transition from the U. S. Department of Defense to the U. S. Department of State beginning June 2011 with complete transfer completed by December 2011

- Network of Contractor-operated facilities in three regional support areas consisting of seven Health Units (HU), one large Diplomatic Support Hospital (DSH), and three small DSHs

00185

## MEDICAL SERVICES SUPPORT IRAQ 

# Contract Medical Support—
# Background (cont.)

- Primary health care as well as resuscitative surgical care in accordance with US or equivalent medical standards on a 24 hour basis, 365 days of the year to Chief of Mission (COM) personnel to a population consisting of approximately 14,000 adult personnel.

- Concept for casualties:
  - Northern Iraq:  to DSHs in Mosul or Kirkuk, or local hospitals in Erbil
  - Central Iraq: to Sather DSH (Baghdad)
  - Southern Iraq: to Basrah DSH
  - Once stabilized, onward medevac to medevac center or CONUS.

00186

## MEDICAL SERVICES SUPPORT IRAQ 

# Contract Medical Support—HUs

- Erbil, Tikrit, Shield, Taji, Union III, Besmaya, Umm Qasr
- Staffing (notional)--Staff expected to share duties
  - Emergency, internal med, or family practice physician
  - 1 Mid-level (PA or NP)
  - 1 Medical-surgical nurse
  - 1 Medical assistant or EMT
  - Admin/log support
- Credentials:  U.S. or equivalent license and board certification, evaluated on a case by case basis. ACLS and  ATLS.
- Staffing continuous and uninterrupted

00187

## MEDICAL SERVICES SUPPORT IRAQ 

## Contract Medical Support—HUs (cont.)

- On-site primary, urgent and initial emergency care for medical, surgical, orthopedic, gynecological (GYN), and mental health conditions
- Care for up to two patients for up to 24 hours until stabilized or evacuated
- Medical director for oversight.

00188

## MEDICAL SERVICES SUPPORT IRAQ 

# Contract Medical Support—HUs (cont.)

- All medical and emergency equipment and maintenance thereof
  - Medical and medical emergency equipment.
  - Basic formulary and vaccines to include, but not limited to: thrombolytic therapy.
  - Medical supplies.
  - Laboratory equipment and supplies and maintenance thereof, Clinical Laboratory Improvement Act (CLIA) waived lab capabilities to include, but not limited to: basic hematology, blood chemistries, urinalysis, cardiac enzymes, d-dimer testing.

00189

# MEDICAL SERVICES SUPPORT IRAQ 

## Contract Medical Support—Small DSHs

- Kirkuk, Mosul, Basrah: Medical/Trauma Care Hospitals

- In addition to HU capabilities and requirements:
  - Basic x-ray, diagnostic ultrasound (to include Focused Abdominal Sonogram for Trauma (FAST) Right Upper Quadrant (RUQ), renal, OB (tubal pregnancy), GYN, testicular, and Deep Vein Thrombosis (DVT) evaluations).
  - Appropriate number of trauma bays in the emergency medical and trauma unit for care and stabilization.
  - Overnight bed capabilities for up to four patients

00190

## MEDICAL SERVICES SUPPORT IRAQ



# Contract Medical Support—Small DSHs (cont.)

- Post operative / intensive care capabilities for up to four patients to be stabilized until medically evacuated (8 beds total ( 4 ICU beds + 4 regular beds))

- One operating room table with anesthesia and supplies.

- Laboratory with blood bank.

- Computerized Tomography (CT) Scanner with the capability to conduct non-contrast, contrast (oral and IV), and the ability to do PA-grams (ideally with venous run-off).

00191

# MEDICAL SERVICES SUPPORT IRAQ 

## Contract Medical Support—Small DSH (cont.)

- Staffing to manage a single surgical patient
- Possibility of multiple injured or ill patients
- Staffing (notional)

  - 1 emergency, family or internal medicine physician
  - 1 mid-level (PA or NP)
  - general surgeon
  - OR nurse or OR technician
  - 3 medical-surgical nurse
  - nurse anesthetist

  - medical lab tech
  - radiology tech
  - 2medical assistant or EMT
  - pharmacy specialist
  - medical maintenance specialist
  - 2 Admin/log support

21

00192

# MEDICAL SERVICES SUPPORT IRAQ



## Contract Medical Support—Large DSH

- Sather Air Base (Baghdad).  In addition to HU and Small DSH capabilities and requirements:
  - Staffing that reflects the requirements to manage two surgical patients and the possibility of multiple injured or ill patients
  - Staffing to include competency in performing and interpreting ECG stress tests
  - Possess a total of 2 OR tables with anesthesia and supplies
  - Overnight bed capabilities for up to six patients (12 beds total (6 ICU beds + 6 regular beds))
  - Post operative / intensive care capabilities for up to six patients to be stabilized until medically evacuated
  - It is anticipated that full occupancy would be a rare occurrence.

00193

# MEDICAL SERVICES SUPPORT IRAQ 

## Contract Medical Support—Large DSH (cont.)

- Dental Service (separately priced)—general dentistry, emergency and routine
- Staffing (notional)

  - 2 Emergency, family practice or internal medicine physicians
  - 1 Mid-level (PA or NP)
  - 2 General surgeons
  - 2 OR nurses or OR technicians
  - 2 Medical-surgical nurses
  - 4 Licensed vocational nurses
  - 1 Anesthesiologist
  - Nurse anesthetist
  - 1 Med tech, MLS (ASCP) CM

  - Medical laboratory technician
  - Radiologist
  - Radiology tech
  - 4 Medical assistant s or EMTs
  - Pharmacy specialist
  - Medical maintenance specialist
  - 1 Social worker
  - 2 Admin/log support
  - 1 Public Health Oversight

23

00194

# MEDICAL SERVICES SUPPORT IRAQ



## Additional Requirements

- Program Management.  Personnel, administrative, financial, and managerial resources necessary for this program.

- Medical Supplies.  Contractor responsible for supply chain management.  US FDA or European Medicines Agency (EMA) approved products only.

- Not contractor responsibility:
  - Medical waste disposal
  - Laundry services
  - Equipment disposal
  - Food/water point inspection/
  - testing
  - Oxygen tank refills
  - Hazardous materials mgt
  - General housekeeping
  - Pest/vector control
  - Cafeteria inspections
  - Mortuary Affairs

24

00195

## MEDICAL SERVICES SUPPORT IRAQ 

# Additional Requirements (cont.)

- Public Health.  Tracking and reporting of occupational injuries, disease trends blood-borne pathogen and needle stick exposure programs, periodic health education, disease prevention programs.

- Biomedical equipment maintenance and repair

- Housekeeping.  Above the standard housekeeping cleaning, to meet Center for Disease Control (CDC) guidelines for health care facilities

- Blood and blood products.
  - **S**ather DSH: at least one med tech or med lab scientist who will oversee blood management for large and small DSH facilities (see RFP for detailed requirements)
  - Government-provided blood products at no cost through Al Udeid Air Force Base, Qatar

25

00196

# MEDICAL SERVICES SUPPORT IRAQ 

# Additional Requirements (cont.)

- Mortuary Affairs.  The Contractor shall have custody of remains until other arrangements can be made. Another contract will provide mortuary services.

- Medical Communication and Automation Support.
  - Contractor provides computers, peripherals, and automation support.
  - Internet connectivity will be provided by Embassy Baghdad.
  - All electronic media storing patient data become property of the government.
- Medical Records.  Must be HIPPA compliant. Includes patient tracking procedures for overnights and medevacs.
- Staffing
  - Medical Fitness.  All personnel must be "medically and dentally fit."
  - Credentialing.  Contractor shall confirm validity and currency of all licenses, certifications, and registry requirements.

26

00197

# MEDICAL SERVICES SUPPORT IRAQ



## Medical Malpractice

- The Contractor shall be responsible for having and maintaining institutional malpractice insurance as well as individual malpractice policies for the following categories:
    - Physicians
    - Nurse Practitioners/Nurse Anesthetists
    - Physicians Assistants
    - Dentist
- The government will not be liable for malpractice allegations against contract Health Care Providers based upon performance of this contract.

27

00198

# MEDICAL SERVICES SUPPORT IRAQ



## Key Personnel

- General Medical Officer—Family, Emergency or Internal Medicine Provider

- Physicians Assistant/Nurse Practitioner

- General Surgeon

- Include in proposal: resumes, relevant experience, capabilities to manage the requirements

28

00199

## MEDICAL SERVICES SUPPORT IRAQ 

# Acquisitions

**Paul H. Desilets, Contracting Officer**

**Kenneth G. Dougherty (XL Associates - Contractor)
Senior Contract Specialist**

00200

# MEDICAL SERVICES SUPPORT IRAQ 

## GROUND RULES

- All inquiries must be submitted in writing to Ken Dougherty (contractor) at DoughertyKG@State.Gov

- Comments to the DRAFT Request for Proposal (DRFP) are due no later than close of business January 31, 2011.  Comments and/or suggestions will not be shared with other offerors.  Questions and clarifications, with answers, will be provided to all interested parties and posted on FedBizOpps, SAQMMA11-R-0010.

- All government personnel and contractors supporting the Department are prohibited by the Procurement Integrity Act from discussing or disclosing any information that could give, or have the appearance of giving, a vendor a competitive advantage.

00201

# MEDICAL SERVICES SUPPORT IRAQ 

## TARGET SCHEDULE

| | |
|---|---|
| Pre-Proposal Conference | January 21, 2011 |
| Questions and Comments to RFI | January 31, 2011 |
| Release of RFP | February 11, 2011 |
| Amendment to Solicitation | March 9, 2011 |
| Receipt of Proposals | March 30, 2011 |
| Contract Award | May 20, 2011 |
| Initial Task Order Awards | May 30, 2011 |

Note:  We will not have a site visit or pre-proposal conference.



*VERY AGGRESSIVE*

00202

# MEDICAL SERVICES SUPPORT IRAQ 

# DRAFT RFQ

- This is a DRAFT . The Department is not required to issue an amendment to clarify any aspect of the document.
- The resultant contract will be an Indefinite Delivery – Indefinite Quantity Contract.
- The requirements listed in the draft are subject to both expansion and contraction.
- Some requirements may not be ordered during the base period but will remain within the contract scope during the option periods.
- The evaluation and submission requirements in Section L and M are subject to change.
- The  RFP will be a Performance Work Statement.  Offerors will be required to provide metrics that will be used to measure success.
- Delivery Orders will be firm fixed price to the extent possible.

00203

## MEDICAL SERVICES SUPPORT IRAQ 

# Proposed CLIN Structure (Applicable at the Task Order Level)

**0001 Labor**
Labor hours by category, as awarded on the basic contract, for each task order

**0002 Other Direct Costs**
Cost reimbursable with predetermined mark-up

**0003 Travel**
Cost reimbursable with predetermined mark-up

**0004 Defense Base Act (DBA) Insurance**
Separately priced DBA insurance

00204

# MEDICAL SERVICES SUPPORT IRAQ 

## Sec L Requirements

- Cost Proposal -- not Certified Cost and Pricing Data
- Technical Proposal
    - Tab A1 – Executive Summary
    - Tab A2 – Health Service Support Approach
    - Tab A3 – Staffing Plan
    - Tab A4—Management Plan
    - Tab A5 – Organization and Management
    - Tab A6 – Quality Assurance Plan
    - Tab A7 – Transition Plan
    - Tab A8 – Contingency Plan
    - Tab A9 – Government Furnished Property Management
    - Tab B –   Past Performance and Experience

00205

# MEDICAL SERVICES SUPPORT IRAQ 

## Sec L Requirements (cont.)

- Past Performance
- Initial Task Order Proposals
  - Program Management
  - Mosul
  - Kirkuk
- Oral Presentation Slides
  - No limit to the number of slides, but
  - Only those slides actually discussed during the presentation will be considered in the technical evaluation.

00206

## MEDICAL SERVICES SUPPORT IRAQ 

# Sec M Evaluation Factors

- Best Value Competition
- Technical Factors when combined are considered significantly more important than price. Past Performance is equal in value to the other three technical factors combined.  Other than Past Performance, factors and subfactors are listed in order of importance.
- Proposal for basic contract and proposals for Initial Task Orders will be basis for award.

00207

# MEDICAL SERVICES SUPPORT IRAQ 

## Sec M Evaluation Factors— Technical Factors and Subfactors

- **FACTOR:**    Health Service Support Approach
- **FACTOR:**    Staffing Plan
    - SUBFACTOR:  Number of personnel and specialty mix by location with rationale
    - SUBFACTOR:  Key personnel, support, and medical staff qualifications
- **FACTOR:**    Management Plan
    - SUBFACTOR:  Organization and Management
    - SUBFACTOR:  Quality Assurance Plan
    - SUBFACTOR:  Transition Plan
    - SUBFACTOR:  Contingency Plan
- **FACTOR:**    Past Performance and Experience

00208

# MEDICAL SERVICES SUPPORT IRAQ



## Subcontracting Plan and Small Business Concerns

Large firms must submit a Small Business Subcontracting Plan as part of their proposal
Subcontracting Plans should address DoS 2010 Small Business Goals – DOSAR 652.219-70

* Goal  - Total Small Business (SB):                54.3%
* Goal  - Small Disadvantaged Business (SDB):        5%
* Goal  - Woman Owned Small Business (WOSB):         5%
* Goal – HUBZone firms:                              3%
* Goal  - Service Disabled Veteran-Owned:            3%

## Important Points

* That you make a good faith effort to subcontract to US Owned Small Business
* Small Business subcontracting dollars and percentages are based on **Total Subcontracted Dollars** (Not the total dollar amount of the contract)
* Approved Small Business Subcontracting Plans will be attached to your contract
* Award will not be made to any offeror whose subcontracting plan does not follow the format in FAR 52.219-9
* Plan must be approved by the DoS Office of Small and Disadvantaged Business Utilization (OSDBU)

00209

# MEDICAL SERVICES SUPPORT IRAQ 

## New FAR Requirement—52.204.10 Reporting Executive Compensation and First-Tier Subcontract Awards

- Extensive reporting requirement , with all information available to the public
- Applies to all subcontracts
  - ≥$25,000
  - ≥$25M gross income from Federal contracts and subcontracts
  - ≥$25M gross income with ≥ from Federal contracts, grants, and/or cooperative agreements; prime or subcontractor
- Initial and annual reports
  - Extensive information about the prime and subcontracts
  - Names and compensation of each of the five most highly compensated executives

00210

# MEDICAL SERVICES SUPPORT IRAQ 

## What we need from Industry

- Recommendations for a cost model best suited for the contract line items and task orders.
- Identify the CLINS and orders/sites that can only be priced on a time and material basis.
- Identify what additional information may be necessary in order to firm fix price a specific task order.
- Identify the type of information that may be needed to respond to a future Government Task Order Requests for Proposal.
- Which sites or facility types represent the highest degree of risk in terms of:
  - Price, Performance
  - Staffing, Monitoring and Report
- How could the CLINs be structured to mitigate those risks?

00211

# MEDICAL SERVICES SUPPORT IRAQ



## Industry Day Regulations

## Things to take away from today

- This pre-solicitation conference is only for informational purposes.

- Statements or representations made during the conference are not legally binding.

- Changes resulting from the conference are official only if issued through a solicitation or an amendment to a Request For Proposal (RFP).

- Informal communications with Baghdad Embassy or other Department of State Personnel on this requirement is prohibited.

- Direct all inquires to the Acquisition Office c/o Ken Dougherty at the following email address <u>DoughertyKG@state.gov</u>

00212

**LIST OF ATTENDEES, 21 JAN 2011, SA 6 (based on reservations)**
**PRESOLICITATION CONFERNCE--HEALTH SERVICE SUPPORT IRAQ**

| name | company | email |
|------|---------|-------|
| Uday Malhan | Mindlance inc. | Uday Malhan [umalhan@mindlance.com] |
| Vik Kalra | | |
| Bill Cavanaugh | WDS-Consulting | WILLIAM DJR Cavanaugh [cavacom@msn.com] |
| Rory Fisher | | |
| Samir Kasim* | White Horse Co. | Samir Kasim [samir@whitehorseiraq.com] |
| David Byford | Logenix International | Dave Byford [dbyford@logenix.com] |
| Michael F Bailey | Exploration Logistics Inc | Mike Bailey [mike.bailey@exlogs.com] |
| William Imbrie | DynCorp | Saia, John [John.Saia@dyn-intl.com] |
| Karen (KT) Williams | | |
| Christine Wilson | Venn Consulting for SOS International | Christine Wilson [cwilson555@gmail.com] |
| Philip Dermer | Wamar International Inc. | Antony Fernando [antony.fernando@wamar.com] |
| Jeffrey Stith | | |
| Mark Fletcher | Global Crossing | Mark.Fletcher@GlobalCrossing.com |
| Florence A. Valley | IAP Worldwide Services | Florence.A.Valley@iapws.com |
| Charles A. Kuzma | | |
| Tom Ryan | Comprehensive Health Services, Inc | Bruce Morgan [bmorgan@chsmedical.com] |
| Bruce Morgan | | |
| Kevin Wilson | Team Staff Government Solutions | Buck.Benton@TeamStaffGS.com |
| John Armstrong | | |
| Kelly Kline | American Hospital Services Group | Carol Wolf [cwolf@americanhospital.us] |
| John Burian | | |
| Jim Anderson | VT Services | JMAnderson@icrcsolutions.com |
| George Allen | | |
| Annette Henderson | GlobalMed, LLC | annetteh@globalmedusa.com |
| Jaime Richaud | | |
| Jamie Brisbine | MediCorp | Robert McVicker [robert@cater-corp.com] |
| Paul Zeller | | |
| Darin McCloy | DRS Defense Solutions, LLD | DMcCloy@drs-ds.com |
| Jack Gallagher | gTANGIBLE Corporation | patrick.rooney@gtangible.com |
| Patrick Rooney | | |
| Allen Phelps | SOS International | Allen Phelps [allen.phelps@sosiltd.com] |
| Dr.Abdel Hadi Hakki | Trading and Services Zone Inc | hadihakki@gmail.com |

| | | |
|---|---|---|
| Dr. Bakir Altai | | bakiraltai1@aol.com |
| Christopher Hagermai<br>Phillip Parks | Tier-One Quality Solutions | chris.hagerman@tqsresponse.com |
| Donald L. Mooney<br>Brian Kerins<br>Richard Bamonte | NURSES Etc STAFFING<br>KBR | James Rich [jrich@nursesetc.net]<br>Brian.Kerins@kbr.com |
| Greg Broux<br><br>Pieter de Weerdt<br>Raymond Uren | Charles Kendall Group<br>Medical Support Solutions<br>Ltd | Hugh Mainwaring [hm@belvederesystemsltd.com]<br><br>raymond@medsupportsolutions.com |
| Jeff Wilson<br>Brian Hollen | Assessment and Training<br>Solutions Consulting Corp.<br>(ATSCC) | Laurie Lukeivic [laurie.lukeivic@atscc.net] |
| James M. Lally<br>John Janota<br>Beverly Arviso | Prime Healthcare Services, I<br>GATES RUN LLC | Dr Lally [drlally@Primehealthcare.com]<br>JOHN JANOTA [copelin2@me.com] |

*VTC link