

EXHIBIT 2