Clerk's Office
Filed Date: 2/25/22

U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA *ex rel.*
M. SHAWN LAWLER, DDS,

                Plaintiffs,

  - against -

COMPREHENSIVE HEALTH
SERVICES INC., COMPREHENSIVE
HEALTH SERVICES, LLC;
COMPREHENSIVE HEALTH
SERVICES INTERNATIONAL, LLC;
CHS MIDDLE EAST, LLC; CALIBURN
INTERNATIONAL CORPORATION;
and SALLYPORT GLOBAL SERVICES
LTD.,

                Defendants.

- - - - - - - - - - - - - - - - - - - X

**FILED UNDER SEAL**

Civil Action No.
20-CV-0698

(Brodie, Ch. J.)

## THE UNITED STATES' NOTICE OF ELECTION TO INTERVENE

Pursuant to the False Claims Act, 31 U.S.C. §§ 3730(b)(2) and (4), the United States of America, acting through the United States Department of Justice and on behalf of the United States Department of State and the United States Air Force (collectively the "United States"), hereby notifies the Court of its election to intervene in this action for purposes of settlement against the defendants Comprehensive Health Services, Inc.; Comprehensive Health Services, LLC; Comprehensive Health Services International, LLC; CHS Middle East, LLC; and Caliburn International, LLC.

The United States respectfully requests that the Court lift the seal on Relator's Complaint in the above-captioned action; this Notice; the attached proposed order; and any subsequent filings. The United States further requests that all other papers on file in this action remain under seal

because, in discussing the content and extent of the United States' investigation, such papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

A proposed order accompanies this notice.

Dated: Brooklyn, New York
      February 25, 2022

BREON PEACE
UNITED STATES ATTORNEY
Eastern District of New York
271 Cadman Plaza East
Brooklyn, New York 11201

By: /s/ Christopher Volpe
Christopher Volpe
Assistant U.S. Attorney
(718) 254-6188
christopher.volpe@usdoj.gov